

LEONARD R. BOYER, ESQ.
BOYER COFFY, LLC
970 Clifton Ave, Suite 201
Clifton, N.J. 07013
Tel No. 973-798-6131
Fax No. 201-503-8150

**Order Filed on December 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

:     UNITED STATES BANKRUPTCY COURT

:     FOR THE DISTRUCT OF NEW JERSEY

IN re:     :

Judith Linton,     :

:     Honorable Christine M. Gravelle

Debtor     :

Case No. 18-27247

INTERIM
<u>**ORDER**</u>

The relief set forth on the following page, numbered 2 and is hereby **ORDERED**

**DATED: December 13, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

1. The automatic stay is temporarily reinstated.

2. Until the date of the next hearing which is on January 2, 2019.

3. Debtor is required to submit a loan modification by December 14, 2018.

4. We respectfully request one-week extension until December 21, 2018, as the Order for Approval loss mitigation has be signed by Your Honor in order to file all documents via DMM Portal.