LEONARD R. BOYER, ESQ.
BOYER COFFY, LLC
970 Clifton Ave, Suite 201
Clifton, N.J. 07013
Tel No. 973-798-6131
Fax No. 201-503-8150

Order Filed on December 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRUCT OF NEW JERSEY

IN re:

Judith Linton,

Honorable Christine M. Gravelle

  Debtor

Case No. 18-27247

INTERIM
ORDER

The relief set forth on the following page, numbered 2 and is hereby **ORDERED**

**DATED: December 13, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

1. The automatic stay is temporarily reinstated.

2. Until the date of the next hearing which is on January 2, 2019.

3. Debtor is required to submit a loan modification by December 14, 2018.

4. We respectfully request one-week extension until December 21, 2018, as the Order for Approval loss mitigation has be signed by Your Honor in order to file all documents via DMM Portal.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-27247-CMG
Judith Linton                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 13, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db             +Judith Linton,   19 Haas Road,   Basking Ridge, NJ 07920-2601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, NA cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Harold N. Kaplan    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               hkaplan@rasnj.com,    informationathnk@aol.com
              Leonard R Boyer    on behalf of Debtor Judith    Linton lrbnjesq@gmail.com,
               mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7