UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

BOYER COFFY, LLC
970 Clifton Avenue, Suite 201
Clifton, New Jersey 07013
Tel. No. (973) 798-6131
Fax No. (201) 503-8150
Bar ID 010241984

**Order Filed on February 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Judith C. Linton

Case No.: 18-27247

Chapter: 13

Judge: CMG

## LOSS MITIGATION ORDER

The relief set forth on the following pages, numbered 2 and 3, is hereby **ORDERED**.

**DATED: February 15, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

☑    A Notice of Request for Loss Mitigation was filed by the debtor on ___01/07/2019___ .

☐    A Notice of Request for Loss Mitigation was filed by the creditor, ___Specialized Loan Servicing___ on _____.

☐    The court raised the issue of Loss Mitigation, and the parties having had notice and an opportunity to object, and the Court having reviewed any objections thereto.

The Request concerns the following:

Property:   101 W. Selfridge Avenue, Long Beach, New Jersey 08008

Creditor:   Specialized Loan Servicing, LLC

☐    It is hereby ORDERED that the Notice of Request for Loss Mitigation is denied.

☑    It is hereby ORDERED that the Notice of Request for Loss Mitigation is granted, and:

- The debtor and creditor listed above are directed to participate in Loss Mitigation and are bound by the court's *Loss Mitigation Program and Procedures* (LMP).

- The Loss Mitigation process shall terminate on ___05/06/2019___ (90 days from the date of the entry of this order, unless extended as set forth in Section IX.B. of the LMP.

- The debtor must make adequate protection payments to the creditor during the Loss Mitigation Period in the amount set forth in the *Notice and Request for Loss Mitigation*. See Sections V.A.1.a and VII.B. of the LMP.

- If a relief from stay motion pursuant to section 362(d) is pending upon entry of this Order or if such a motion is filed during the loss mitigation period, the court may condition the stay upon compliance by the debtor with the fulfillment of the debtor's obligations under the Loss Mitigation Order. If the debtor fails to comply with the loss mitigation process and this Order, the creditor may apply to terminate the Order as specified in Section IX.C of the LMP and to obtain relief from the stay.

- Within 14 days of termination of the loss mitigation period, the debtor must file with the court and serve all interested parties, the Local Form, *Loss Mitigation Final Report* as set forth in Section VII.C. of the LMP.

- Extension of the LMP may be requested as specified in Section IX.B of the LMP.

☑ It is ORDERED that parties shall utilize the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall ensure that it is registered on the loss mitigation portal and that all of its initial loss mitigation document requirements are available on the portal.

- Within 35 days of the date of this order, the debtor shall upload and submit through the loss mitigation portal a completed Creditor's Initial Package.

- Within 10 business days of the debtor's submission of the Creditor's Initial Package, the creditor shall acknowledge receipt of same and designate the single point of contact for debtor's review.

☐ It is ORDERED that the debtor is excused from use of the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall designate a single point of contact, including the name and contact information of the contact and shall specify to the debtor the forms and documentation the creditor requires to initiate a review of the debtor's loss mitigation options.

- Within 21 days after receipt of the creditor's specifications regarding forms and documentation, the debtor shall provide the requested information.

- Within 10 business days of the debtor's submission, the creditor shall acknowledge receipt of the documentation.

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:  
Judith Linton  
      Debtor

Case No. 18-27247-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 15, 2019  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.  
db            +Judith Linton,   19 Haas Road,   Basking Ridge, NJ 07920-2601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2019 at the address(es) listed below:  
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
      Albert   Russo    docs@russotrustee.com  
      Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, NA cwohlrab@logs.com, njbankruptcynotifications@logs.com  
      Harold N. Kaplan    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee  hkaplan@rasnj.com,   informationathnk@aol.com  
      Leonard R Boyer    on behalf of Debtor Judith   Linton lrbnjesq@gmail.com, mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com  
      Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 rsolarz@kmllawgroup.com  
      Sindi   Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INABS 2007-A, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES INABS 2007-A smncina@rascrane.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                     TOTAL: 8