Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 18−27247−CMG
                              Chapter: 13
                              Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Judith Linton
   19 Haas Road
   Basking Ridge, NJ 07920

Social Security No.:
   xxx−xx−9114

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/4/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 4, 2019
JAN: bwj

                                                                                      Jeanne Naughton
                                                                                      Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 18-27247-CMG
Judith Linton                                                       Chapter 13
       Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2         Date Rcvd: Apr 04, 2019
                             Form ID: 148             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
db            +Judith Linton,   19 Haas Road,    Basking Ridge, NJ 07920-2601
517805747     +DEUTSCHE BANK NATIONAL TRUST COMPANY,,    1661 Worthington Road,,    Suite 100,,
                West Palm Beach,,    FL 33409-6493
517806441      DUETSCHE BANK NATL TRUST CO.,    Ocwen Loan Svc., LLC,    POB 24605,
                West Palm Beach, FL   33416-4605
517727083    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,   PO BOX 660366,    DALLAS TX 75266-0366
              (address filed with court: Nissan-Infiniti LT,    2901 Kinwest Parkway,    Irving, TX 75063)
517767308      Nissan Motor Acceptance,    POB 660366,   Dallas, TX   75266-0366
517727085     +Park Tree Investment 11, LLC.,    P.O. Box 27370,   Anaheim, CA 92809-0112
517727086     +Select Portfolio Servicing, Inc.,    10401 Deerwood Park Blvd.,    Jacksonville, FL 32256-5007
517936744     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
517936745     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517727087     +US Bank National,    c/o Shapiro & DeNardo, LLC.,   14000 Commerce Parkway, Suite B,
                Mount Laurel, NJ 08054-2242
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2019 00:16:25      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2019 00:16:21      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/Text: bankruptcynotice@franklincredit.com Apr 05 2019 00:15:43
                DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    RAS CITRON, LLC,
                130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
cr            +E-mail/Text: bankruptcynotice@franklincredit.com Apr 05 2019 00:15:43
                Deutsche Bank National Trust Company, as Trustee,    RAS Citron, LLC,
                130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
517755810      EDI: GMACFS.COM Apr 05 2019 03:38:00      Ally Financial,   PO Box 130424,
                Roseville MN 55113-0004
517727081     +EDI: CHASE.COM Apr 05 2019 03:38:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
517741306     +E-mail/Text: bankruptcynotice@franklincredit.com Apr 05 2019 00:15:43
                DEUTSCHE BANK NATIONAL TRUST COMPANY,    RAS Citron, LLC,   130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927
517727082     +EDI: TSYS2.COM Apr 05 2019 03:38:00      DSNB Bloom,   9111 Duke Blvd.,   Mason, OH 45040-8999
517727084     +Fax: 407-737-5634 Apr 05 2019 00:56:37      Ocwen Loan Servicing L,   1661 Worthington Rd,
                West Palm Beach, FL 33409-6493
517857747      E-mail/Text: jennifer.chacon@spservicing.com Apr 05 2019 00:17:23
                U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                Salt Lake City, UT 84165-0250
517795528     +EDI: WFFC.COM Apr 05 2019 03:38:00      U.S. Bank National Association, as Trustee,
                c/o Wells Fargo Bank, N.A.,    Attention Payment Processing,   MAC# X2302-04C,   1 Home Campus,
                Des Moines, Iowa 50328-0001
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Apr 04, 2019
                              Form ID: 148             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, NA cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Harold N. Kaplan    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
           hkaplan@rasnj.com,   informationathnk@aol.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass- Through Certificates, Series 2005-WF2
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Leonard R Boyer    on behalf of Debtor Judith   Linton lrbnjesq@gmail.com,
           mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
           for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 rsolarz@kmllawgroup.com
          Sindi   Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOME
           EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INABS 2007-A, HOME EQUITY MORTGAGE LOAN
           ASSET-BACKED CERTIFICATES SERIES INABS 2007-A smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```